Albert J. Brayton  
vs.  No. 75161.  
Saddleback Lumber Company

June 25, 1930.

FROST, J. Heard upon motion for new trial after verdict for defendant.

This case was tried, by stipulation of counsel, with the case of *Saddleback Lumber Company* vs. *Albert J. Brayton*, No. 74687. In the latter case there was a verdict for the plaintiff for $750.00.

This is an action in which the plaintiffe, Brayton, sought to collect a balance upon the price of a boiler and engine sold to defendant.

For reasons given in rescript filed in No. 74687, plaintiff's motion for a new trial is denied.

For plaintiff: Earle B. Arnold.

For defendant: Boss, Shepard & McMahon.